**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **CLAIRPATH, LLC,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **No. 7:26-CV-00015-LS** |
| | § | |
| **APPLE INC.,** | § | |
| | § | |
| ***Defendant*.** | § | |

**ORDER RESETTING *MARKMAN* HEARING**

The Court resets the *Markman* hearing in this case before the undersigned to **November 13, 2026, at 10:00 A.M. MT.** The hearing will be held **over Zoom**, at the link that was emailed to the parties' counsel. The technical tutorial shall be submitted no later than **November 3, 2026.**

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 22, 2026.

LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE